**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In Re:  Ciara Jeanmard                                   Case No: 26-33162-H2-13

      Debtor                                              Chapter 13

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED**
**CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF**
**CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND**
**(5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under Chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to FED. R. BANKR. P. 3012. The hearing will take place at 9:00 am on July 23, 2026 at 515 Rusk Ave, Houston, TX 77002, on the 4th Floor of the U.S. Courthouse, in Courtroom 400.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the Debtor attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on Debtor, Debtor's counsel, the Chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this Chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under Chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

/s/ Tiffany D. Castro
Tiffany D. Castro, Trustee
Admissions I.D. No. 1419995
1220 Augusta Drive, Suite 500

Houston, TX  77057
(713) 722-1200

The Debtor(s)'

**"Plan Summary and Statistical Cover Sheet to Proposed Plan"**

is not attached because it was not on file with the Court. Please contact the **Debtor's Attorney** for more information.