United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:                                          §
                                                §          **CASE NO: 26-33162**
**CIARA JEANMARD,**                             §
                                                §
   **Debtor.**                                  §
                                                §
                                                §
                                                §          **CHAPTER 13**

## ORDER FURTHER EXTENDING DEADLINE TO FILE SCHEDULES

## AND OTHER REMAINING DOCUMENTS

CAME ON FOR CONSIDERATION BY THIS COURT, the Debtor's Motion to Further Extend Time to File Schedules and Other Remaining Documents (ECF No. 22), and it appearing to the Court that the Motion as presented is meritorious, it is accordingly;

ORDERED that the deadline to file Schedules and Other Remaining Documents for Debtor is extended to June 23, 2026.

SIGNED 06/03/2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

1 / 1