**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In re:

**Ciara Jeanmard,**

Debtor.

Case No. 26-33162
Chapter 13

United States Courts
Southern District of Texas
F I L E D

JUN 3 0 2026

Nathan Ochsner, Clerk of Court

## Motion to Voluntarily Dismiss Chapter 13 Bankruptcy

COMES NOW the Debtor, **Ciara Jeanmard**, proceeding pro se, and respectfully moves this Court for an Order voluntarily dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(b). In support of this Motion, the Debtor states as follows:

1. The Debtor voluntarily filed this Chapter 13 bankruptcy case.

2. Since filing, the Debtor has identified alternative means of addressing her financial obligations outside of Chapter 13 bankruptcy.

3. The Debtor also intends to proceed with the sale of certain real properties, which she believes will assist in resolving her financial situation more efficiently outside of bankruptcy.

4. Accordingly, the Debtor respectfully requests that this Chapter 13 case be voluntarily dismissed.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order dismissing this Chapter 13 case and grant such other relief as the Court deems just and proper.

Respectfully submitted,


**Ciara Jeanmard**
Debtor, Pro Se

Date: ___June 26, 2026_____